USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OHIO CASUALTY INSURANCE COMPANY,

               Plaintiff,

- against -

TRANSCONTINENTAL INSURANCE COMPANY,

               Defendant.

**ORDER**

05 Civ. 6432 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

**WHEREAS** on May 15, 2006, the Court directed the parties to serve a summary judgment motions by July 26, 2006, and the parties request an extension of the deadlines, and for good cause shown,

    **IT IS HEREBY ORDERED** that the parties shall:

    1) file cross-motions for summary judgment by **August 9, 2006**;

    2) opposition papers by **September 13, 2006**; and

    3) reply papers, if any, by **September 27, 2006**.

**SO ORDERED this 25th day of July 2006**
New York, New York

                                                               The Honorable Ronald L. Ellis
                                                               United States Magistrate Judge